IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TERRENCE GLENN** | ) | |
| Petitioner, | ) | Civil Action No. 7:11-cv-00451 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | By: Hon. Michael F. Urbanski |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this case is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: November 8, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge