**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **TERRENCE GLENN,** | |
| Petitioner, | Civil Action No. 7:11-cv-00451 |
| v. | ORDER |
| **CHRISTOPHER ZYCH,** | By: Hon. Michael F. Urbanski |
| Respondent. | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner **SHALL** submit to the court within twenty-one days from the entry of this Order either his consent or objection to his 28 U.S.C. § 2241 petition being construed as a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. Petitioner's failure to timely comply with this Order will result in the adjudication of his § 2241 petition.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: February 3, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge